## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TEXTRON FINANCIAL CORP.,

      Plaintiff,

          v.

VACATION CHARTERS, LTD.,

      Defendant.

CIVIL ACTION NO. 3:11-CV-1957

(JUDGE CAPUTO)

## ORDER

**NOW**, this 7th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant Vacation Charters's Motion to Strike Off And/Or Open the Judgment Entered by Confession and for Stay of Execution (Doc. 31) is **DENIED**.

(2) The Court will hold a hearing to explore the issue of attorney fees in the Confession of Judgment at a later date.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge