IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VACATION CHARTERS, LTD., ) <br> ) <br> Defendant. ) | NO. 3:11-CV-1957 <br><br> (CAPUTO, J.) |

## PRAECIPE TO MARK JUDGMENT TO THE USE OF <br> STABILIS SPLIT ROCK JV, LLC

To the Clerk of Court:

    Kindly mark the judgment in the above case to the use of Stabilis Split Rock JV, LLC, a Delaware limited liability company, with an address located at 767 5th Avenue, 12th Floor, New York, New York 10153, upon payment of your costs only.

Dated: August 23, 2013

                                              /s/ A. J. F.
                                  Andrew C. Kassner, Esq. (admitted *pro hac vice*)
                                  Pa. Attorney I.D. No. 43567
                                  Andrew J. Flame, Esq.
                                  Pa. Attorney I.D. No. 69673
                                  DRINKER BIDDLE & REATH LLP
                                  One Logan Square, Suite 2000
                                  Philadelphia, PA  19103-6996
                                  Telephone: (215) 988-2700
                                  Facsimile: (215) 988-2757

                                  *Attorneys for Plaintiff,*
                                  *Textron Financial Corporation*

# **CERTIFICATE OF SERVICE**

I, Wayne C. Stansfield, Esquire, do hereby certify that on the 27th day of August, 2013 a copy of the foregoing has been filed electronically and is available for viewing and downloading from the Federal Court's Electronic Case Files System. I further certify that the following counsel of record participate in, and will receive electronic service through the ECF system.

>Andrew C. Kassner, Esquire
>Andrew J. Flame, Esquire
>Drinker Biddle & Reath LLP
>One Logan Square, Suite 2000
>Philadelphia, PA 19103
>
>Eric E. Reed, Esquire
>Fox Rothschild LLP
>2000 Market Street, 20th Floor
>Philadelphia, PA 19103
>
>Karoline Mehalchick, Esquire
>Oliver Price & Rhodes
>P.O. Box 240
>1212 South Abington Road
>Clarks Summit, PA 18411
>
>Jill Moler Spott, Esquire
>Robert P. Sheils, Jr., Esquire
>Sheils Law Associates, P.C.
>108 North Abington Road
>Clarks Summit, PA 18411

                                                _s/Wayne C. Stansfield_
                                                Wayne C. Stansfield