# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION, | : |
| Plaintiff, | : NO. 3:11-cv-1957 |
| v. | : (CAPUTO, J.) |
| VACATION CHARTERS, LTD., | : |
| Defendant. | : |

## MOTION TO SUBSTITUTE PARTY-PLAINTIFF

Stabilis Split Rock JV, LLC ("Stabilis") hereby moves pursuant to Fed. R. Civ. P. 25 for the entry of an order permitting Stabilis to substitute for Textron Financial Corporation ("Textron") in this matter. In support of this Motion, Stabilis states as follows:

1. On October 21, 2011, Textron, a predecessor-in-interest to Stabilis, filed its Complaint (the "Complaint"), thereby commencing the above-captioned action.

2. On October 25, 2011, judgment was entered in favor of Textron against Defendant Vacation Charters, Ltd. ("Defendant") in the above-captioned matter.

3. On August 23, 2013, Textron assigned all rights, title and interests in certain loan documents underlying the present dispute to Stabilis. Textron also

assigned various judgments – including the judgment in the above-captioned action – to Stabilis.  A copy of the Bill of Sale evidencing the transfer is attached hereto as Exhibit A.

4. Following the assignment, Stabilis is now the true party-in-interest in the above-captioned proceeding and it is appropriate to substitute its interests for Textron as plaintiff in this case.

5. Stabilis requests that the caption of this proceeding be modified to reflect the change in parties.

6. Defendant will not suffer any prejudice in this action as a result of this substitution of the correct parties.

**WHEREFORE**, Stabilis prays that this Court enter an order: (a) allowing Stabilis Split Rock JV, LLC to substitute as the Plaintiff in this matter; (b) replacing Textron in the caption for this proceeding; and (c) granting such other and further relief as the Court deems just.

Dated: February 4, 2014                    Respectfully Submitted,

                                            STABILIS SPLIT ROCK JV, LLC

                                            By:/s/ *Wayne C. Stansfield*

Wayne C. Stansfield, Esquire
PA I.D. No. 81339
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Telephone: (215) 851-8100
Facsimile: (215) 851-1420

*Attorneys for Stabilis Split Rock JV, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following parties and as further indicated on the electronic filing receipt:

Eric E. Reed, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103

Karoline Mehalchick
OLIVER, PRICE & RHODES
P.O. Box 240
1212 South Abington Road
Clarks Summit, PA 18411
*Attorneys for the Defendant*

Gregory L. Taddonio
REED SMITH LLP
225 Fifth Avenue
Suite 1200
Pittsburgh, PA 15222
*Attorneys for Intervenor
TD Bank, N.A.*

Jill Moler Spott
Robert P. Sheils, Jr.
SHEILS LAW ASSOCIATES, P.C.
108 North Abington Road
Clarks Summit, PA 18411
*Attorneys for Intervenor
VFI-SPV SL VII, Corp., as
assignee of Varilease Finance,
Inc.*

/s/ *Wayne C. Stansfield*
Wayne C. Stansfield