# EXHIBIT A

BILL OF SALE

BILL OF SALE, made as of the 23rd day of August, 2013, by Textron Financial Corporation, a Delaware corporation (the "Seller"), to Stabilis Split Rock JV, LLC, a Delaware limited liability company (the "Buyer").

W I T N E S S E T H:

WHEREAS, the Seller and Buyer are parties to that certain Loan Purchase Agreement (the "Purchase Agreement"; capitalized terms used but not defined herein shall have the meaning assigned to them in the Purchase Agreement), dated as of August 15, 2013, with respect to the sale by the Seller and the purchase by the Buyer of all of the Purchased Assets, including, but not limited to, the loans evidenced by, among other things, the agreements identified on Schedule 1 attached hereto (the "Acquired Loans"), the Loan File documents in respect thereof and the Judgments arising therefrom;

NOW THEREFORE, the Seller, for the consideration set forth below and for other good and valuable consideration provided for in the Purchase Agreement, the sufficiency of all of which is hereby acknowledged, does hereby sell, transfer, assign, set over and otherwise convey to the Buyer, without recourse, representation or warranty, express or implied, except as set forth in the Purchase Agreement, all of the right, title and interest of the Seller in and to the Purchased Assets, including, but not limited to, the Acquired Loans, the Loan File documents in respect thereof and the Judgments arising therefrom.

The consideration for the Purchased Assets is an amount as set forth in the Purchase Agreement ("Purchase Price"), and the assumption by Buyer of the Assumed Liabilities. It is understood and agreed that the Buyer shall make payment of the Purchase Price in accordance with the Purchase Agreement and as a condition precedent to this Bill of Sale becoming effective. It is further understood and agreed that all Payments and other amounts received on and after the Closing Date with respect to the Acquired Loans and Judgments to which the Seller is not entitled pursuant to the terms of the Purchase Agreement shall be promptly delivered to the Buyer.

The Seller hereby acknowledges receipt of the Purchase Price for the Purchased Assets.

Nothing in this Bill of Sale shall be construed to be a modification or waiver of, or limitation on, any provision of the Purchase Agreement, including representations, warranties and agreements set forth therein. In the event of any inconsistency or conflict between this Bill of Sale and the Purchase Agreement, the Purchase Agreement shall control for all purposes.

This Bill of Sale shall be governed by, and construed in accordance with, the laws of the Commonwealth of Pennsylvania.

IN WITNESS WHEREOF, the Seller has caused this Bill of Sale to be executed and delivered by its officer thereunto duly authorized as of the date above written.

TEXTRON FINANCIAL CORPORATION

By: _____
Name: Stephen Wolford
Title: Senior Vice President


ACCEPTED AND AGREED TO:

STABILIS SPLIT ROCK JV, LLC

By: Stabilis Master Fund III, LLC
Its: Managing Member

By: Stabilis GP III, LLC
Its: Managing Member

By: _____
Name: Joseph J. Tuso
Title: Authorized Signatory

Schedule 1 to Bill of Sale

List of Loan Agreements

1. First Amended and Restated Inventory Loan Agreement

2. Second Amended, Restated and Consolidated Receivables Loan Agreement