IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

TEXTRON FINANCIAL CORPORATION

Plaintiff,

vs.                                      CASE NO. 3:11-cv-1957

VACATION CHARTERS, LTD.,

Defendant.

FILED
SCRANTON

DEC 2 3 2014

PER _____
DEPUTY CLERK

## FINAL REPORT OF RECEIVER

ROPA ASSOCIATES, LLC, (the "Receiver") having been appointed by this Court as the Receiver of the real property situated in the County of Carbon, State of Pennsylvania, at 100 Moseywood Road, Lake Harmony, PA 18624 on November 9, 2011, pursuant to the terms and conditions of the original Order Appointing Receiver, Consent Motion and Order to Discharge Receiver, submits its Final Written Report as Exhibit "A", under oath, setting forth receipts and disbursements and reporting all acts and transactions regarding the execution of the trust of its office as Receiver, including a current inventory of the funds, assets and property remaining in the receivership, all interest in and claims against the same, and all debts and obligations contracted and expenditures made.

ROPA Associates LLC, Receiver

By: _____
Matthew Pica, Member
1628 JFK Blvd - STE 2300
Philadelphia, PA 19103
215-972-2222

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Final Report of Receiver has been served, as indicated below, to all parties this 22nd day of December, 2014 to the following:

Clerk of the United States District Court, Middle District of Pennsylvania
William J. Nealon Federal Building & U. S. Courthouse
235 N. Washington Avenue, Scranton, PA 18503

Attorney for Plaintiff, via electronic mail
Attention: Joseph Tuso, Esquire; josephtuso@stabiliscap.com

Attorney for Plaintiff, via electronic mail
Attention: Scott Esterbrook, Esquire; SEsterbrook@ReedSmith.com

Vacation Charters LTD; via regular mail
Attention: W. Jack Kalins; 100 Moseywood Road, Lake Harmony, PA 18624

Attorney for Defendant Vacation Charters LTD, via electronic mail
Attention: Joseph McAleer, Esquire; jmcaleer@pa.metrocast.net

Officer of Vacation Charters LTD, via electronic mail
Attention: Louis DelRosso; louis.delrosso@splitrockresort.com

ROPA Associates LLC, via hand delivery
1628 JFK Blvd, Ste 2300, Philadelphia, PA 19103

Boutique Real Estate Advisors, LLC, via electronic mail
Attention: Jay M. Digiulio; jdigiulio@boutiqueclub.com

ROPA ASSOCIATES LLC, Receiver

By: _____
Matthew Pica, Member
1628 JFK Blvd - STE 2300
Philadelphia, PA 19103
215-972-22222

*Dennis P. Talty Esquire & Associates LLC*

1628 JFK BLVD, SUITE 2300
PHILADELPHIA, PA 19103
P: 215-972-2222 | F: 215-972-2259
law@talty-law.net

DENNIS P. TALTY +
ASHLEY H. KAZMAN +°

+ Admitted in PA and NJ
° Admitted in FL

December 22, 2014

RECEIVED
SCRANTON

DEC 2014

PER_____
DEPUTY CLERK

**VIA FEDERAL EXPRESS**
Clerk of the United States District Court
Middle District of Pennsylvania
William J. Nealon Federal Building & U. S. Courthouse
235 N. Washington Avenue
Scranton, PA 18503

    RE:    **Stabilis Split Rock JV, LLC v. Vacation Charters, LTD**
            **No. 3:11-CV-1957 (Caputo, J.)**

Dear Sir or Madam:

This office represents the former Receiver, ROPA Associates LLC in the above matter. ROPA was appointed Receiver by Court Order dated November 9, 2011 and substituted for by Stipulated Order submitted to the Court on October 31, 2014.

Pursuant to the Stipulated Order, enclosed for filing is the Final Report of Receiver ROPA Associates covering the period of its Receivership from November 9, 2011 through and including October 31, 2014.

Please kindly file the enclosed and return a copy of the Final Report Cover Sheet time stamped and marked "Filed".

I am also enclosing for filing a Certificate of Service of copies of the Final Report.

It is my intention to file a Motion to be heard by the Court as follows:

1.     Approval of the Final Report;
2.     Discharge of ROPA;
3.     Release of the Receiver Bond;
4.     Determination of Receiver's responsibility for the payment of the Defendant's pre-receivership outstanding Federal Withholding Taxes;
5.     Authorization to distribute funds on hand at conclusion of Receivership.

The Motion would be served on all required parties and an opportunity to file any objections would be afforded at that time.

Thank you.

Respectfully yours,

Dennis P. Talty, Esquire

Enclosure

cc: W/E:

Joseph Tuso, Esquire; Attorney for Plaintiff, via electronic mail
Scott Esterbrook, Esquire; Attorney for Plaintiff, via electronic mail
Vacation Charters LTD; Attention W. Jack Kalins, via regular mail
Joseph McAleer, Esquire; Attorney for Defendant Vacation Charters LTD, via electronic mail
Louis DelRosso, Officer of Vacation Charters LTD, via electronic mail
ROPA Associates LLC, via hand delivery
Boutique Real Estate Advisors, LLC; New Receiver, via electronic mail