**ROPA Associates, LLC**
**Summary of Cash Receipts and Disbursements**
**11/9/2011 to 10/31/2014**

Receipts (11/9/11-10/31/14)

| | | |
|---|---:|---:|
| Cash Deposits | 25,261,536.98 | |
| Credit Card Deposits | 28,438,030.71 | |
| Maintenance Fees | 14,447,712.11 | |
| Sub Total Deposits from Operations | 68,147,279.80 | |
| | | |
| Funding: | | |
| Funding From Textron | 2,384,335.59 | |
| Cash from VCL | 808,162.74 | |
| Funding From Stabilis | 675,000.00 | |
| Total Funding | 3,867,498.33 | |
| | | |
| Total Receipts | | 72,014,778.13 |

Disbursements (11/19/11-10/31/14)

| | | |
|---|---:|---:|
| Payroll | (25,830,069.28) | |
| Paid Bills (including ACH payments) | (42,778,828.12) | |
| Bank Fees & Credit Card Commissions | (885,549.01) | |
| Payments to Houlihan Lokey | (1,492,637.70) | |
| | | |
| Total Disbursements | | (70,987,084.11) |
| | | |
| **Cash Balance @ 10-31-14** | | 1,027,694.02 |

**Post October 31, 2014 Activity**

Cash Receipts Deposited into Receiver Bank Accounts

| | | |
|---|---:|---:|
| Cash Deposits | 20,593.65 | |
| Credit Card Deposits | 578,804.76 | |
| Maintenance Fees | 56,274.63 | |
| Sub Total Deposits from Operations | 655,673.04 | |
| | | |
| Total Receipts | | 655,673.04 |

Disbursements

| | | |
|---|---:|---:|
| Payroll | (246,048.11) | |
| Paid Bills (including ACH payments) | (140,418.12) | |
| Bank Fees & Credit Card Commissions | (29,847.25) | |
| Payments to Lender | (961,634.39) | |
| | | |
| Total Disbursements | | (1,377,947.87) |
| | | |
| **Cash Balance @ 12/11/14** | | 305,419.19 |

**Funds Escrowed**

| | | |
|---|---:|---:|
| Retained to purchase Tail Coverage for EPL Policy | | (54,966.00) |
| Retained for chargebacks and fees associated with post 10/31/14 deposits | | (15,000.00) |
| October / November Legal Expenses | | (14,143.82) |
| Liquor Counsel - license transition | | (5,000.00) |
| Final Receiver Fee | | (25,948.24) |
| | | (115,058.06) |
| | | |
| **Cash at Conclusion of Receivership** | | 190,361.13 |