# ROPA Associates, LLC
## Check Register (Checks and EFTs of All Types)
Sorted by Bank Account, then by Check Number
(Report period: October 31, 2014 to December 11, 2014)

| Check Number | Date | Vendor Number | Payable To | Amount | Void / Stop | Bank Account |
|---|---|---|---|---|---|---|
| 1000 | 11/7/2014 | 108044 | HAB-AMT | 1,273.91 | | 10013-000 |
| 1001 | 11/7/2014 | 103244 | CARBON COUNTY TREASURER | 6,641.85 | | 10013-000 |
| 1002 | 11/7/2014 | 108044 | HAB-AMT | 796.19 | | 10013-000 |
| 1003 | 11/11/2014 | 133541 | PATRICK HUGHES | 538.73 | | 10013-000 |
| 1004 | 11/17/2014 | 101134 | A2Z RECOGNITION PRODUCTS | 287.00 | | 10013-000 |
| 1005 | 11/17/2014 | 101101 | ALLSTATE SEPTIC SYSTEMS | 79.50 | | 10013-000 |
| 1006 | 11/17/2014 | 101008 | AMERICAN HOTEL REGISTER | 90.36 | | 10013-000 |
| 1007 | 11/17/2014 | 101099 | ANTHONY & SONS BAKERY INC | 135.66 | | 10013-000 |
| 1008 | 11/17/2014 | 111043 | AQUA PENNSYLVANIA INC | 3,386.37 | | 10013-000 |
| 1009 | 11/17/2014 | 101242 | AQUA PENNSYLVANIA | 8,178.40 | | 10013-000 |
| 1010 | 11/17/2014 | 101243 | AQUA PENNSYLVANIA | 9,264.59 | | 10013-000 |
| 1011 | 11/17/2014 | 112121 | AQUA PENNSYLVANIA | 2,044.09 | | 10013-000 |
| 1012 | 11/17/2014 | 112121 | AQUA PENNSYLVANIA | 6,986.14 | | 10013-000 |
| 1013 | 11/17/2014 | 112147 | AQUA PENNSYLVANIA | 258.75 | | 10013-000 |
| 1014 | 11/17/2014 | 133526 | ASSUMPTION BVM SCHOOL | 151.56 | | 10013-000 |
| 1015 | 11/17/2014 | 102250 | BRUSH, CHARLES | 98.35 | | 10013-000 |
| 1016 | 11/17/2014 | 102081 | BURGERS' | 200.00 | | 10013-000 |
| 1017 | 11/17/2014 | 103379 | CARTRIDGE WORLD | 1,157.82 | | 10013-000 |
| 1018 | 11/17/2014 | 103284 | CINTAS CORPORATION | 39.30 | | 10013-000 |
| 1019 | 11/17/2014 | 120120 | COIL MEN, THE | 302.10 | | 10013-000 |
| 1020 | 11/17/2014 | 104030 | DICKINSON, CHARLES J | 193.22 | | 10013-000 |
| 1021 | 11/17/2014 | 105076 | EQUIANT FINANCIAL SERVICE | 659.02 | | 10013-000 |
| 1022 | 11/17/2014 | 106029 | FEDERAL EXPRESS | 38.42 | | 10013-000 |
| 1024 | 11/17/2014 | 113007 | HOME DEPOT SUPPLY | 904.22 | | 10013-000 |
| 1025 | 11/17/2014 | 108206 | HOMNICK, BETTY | 62.72 | | 10013-000 |
| 1026 | 11/17/2014 | 109083 | IF IT'S WATER INC | 951.88 | | 10013-000 |
| 1027 | 11/17/2014 | 109090 | INOA, CARMEN | 58.24 | | 10013-000 |
| 1028 | 11/17/2014 | 111120 | KALINS INC , W. JACK | 2,303.14 | | 10013-000 |
| 1029 | 11/17/2014 | 110094 | JAN DISTRIBUTION | 39.58 | | 10013-000 |
| 1030 | 11/17/2014 | 132603 | JAROTA, SYLVESTER | 22.68 | | 10013-000 |
| 1031 | 11/17/2014 | 110082 | JOHNS, ROBERT | 266.00 | | 10013-000 |
| 1032 | 11/17/2014 | 130793 | JONES, SHERRI | 6.16 | | 10013-000 |
| 1033 | 11/17/2014 | 111157 | KENNEDY, KEVIN | 153.31 | | 10013-000 |
| 1034 | 11/17/2014 | 112171 | LINDSEY LAWN & GARDEN | 89.04 | | 10013-000 |
| 1035 | 11/17/2014 | 112079 | LOWE'S HOME CENTERS INC. | 414.70 | | 10013-000 |
| 1036 | 11/17/2014 | 113304 | MANNS, EDWARD | 196.00 | | 10013-000 |
| 1037 | 11/17/2014 | 113284 | MC DANIEL, GEORGE | 105.28 | | 10013-000 |
| 1038 | 11/17/2014 | 113327 | MCCARTHY, JOHN | 712.61 | | 10013-000 |
| 1039 | 11/17/2014 | 113305 | MCMAHON, JAMES | 95.76 | | 10013-000 |
| 1041 | 11/17/2014 | 103014 | METROCAST COMMUNICATIONS | 1,756.15 | | 10013-000 |
| 1042 | 11/17/2014 | 113328 | MICROBAC LABORATORIES INC | 80.00 | | 10013-000 |
| 1043 | 11/17/2014 | 123153 | WALT DISNEY STUDIO | 462.20 | | 10013-000 |
| 1044 | 11/17/2014 | 114134 | NORTHEASTERN SECURITY SYS | 195.00 | | 10013-000 |
| 1045 | 11/17/2014 | 133514 | O'BRIEN, CHRIS | 128.80 | | 10013-000 |
| 1046 | 11/17/2014 | 116242 | P.M. ASSOCIATES | 120.00 | | 10013-000 |
| 1047 | 11/17/2014 | 116146 | PA DEPT OF LABOR & IND-B | 616.00 | | 10013-000 |
| 1048 | 11/17/2014 | 133513 | PETRICK, JOHN | 56.56 | | 10013-000 |
| 1049 | 11/17/2014 | 116199 | PLD ASSOC INC. | 237.00 | | 10013-000 |
| 1050 | 11/17/2014 | 116396 | POCONO PROFOODS | 268.20 | | 10013-000 |
| 1051 | 11/17/2014 | 116269 | PROSSER LABORATORIES INC. | 203.00 | | 10013-000 |
| 1054 | 11/17/2014 | 133469 | SANTIAGO, MARKUS | 55.44 | | 10013-000 |
| 1055 | 11/17/2014 | 133470 | SANTORELLI, BRET | 29.12 | | 10013-000 |
| 1056 | 11/17/2014 | 119405 | SCHIMANSKI, JAMES | 18.15 | | 10013-000 |
| 1057 | 11/17/2014 | 119086 | SCHOCH, CHARLES | 43.23 | | 10013-000 |

# ROPA Associates, LLC
## Check Register (Checks and EFTs of All Types)
Sorted by Bank Account, then by Check Number
(Report period: October 31, 2014 to December 11, 2014)

| Check Number | Date | Vendor Number | Payable To | Amount | Void / Stop | Bank Account |
|---|---|---|---|---|---|---|
| 1058 | 11/17/2014 | 119334 | SEGILIA, ROBERT | 175.84 | | 10013-000 |
| 1059 | 11/17/2014 | 119135 | SEMANCHICK, BART | 101.36 | | 10013-000 |
| 1060 | 11/17/2014 | 110083 | J.A. SEXAUER | 3,155.85 | | 10013-000 |
| 1061 | 11/17/2014 | 119080 | SHERWIN WILLIAMS | 115.31 | | 10013-000 |
| 1062 | 11/17/2014 | 119282 | SHOES FOR CREWS LLC | 54.66 | | 10013-000 |
| 1063 | 11/17/2014 | 119037 | SINGER EQUIPMENT CO INC | 1,049.20 | | 10013-000 |
| 1064 | 11/17/2014 | 119040 | SOSMETAL PRODUCTS INC. | 416.13 | | 10013-000 |
| 1066 | 11/17/2014 | 133527 | SAINT AMBROSE SCHOOL | 133.86 | | 10013-000 |
| 1067 | 11/17/2014 | 119354 | ST. ROSE, CHERYL | 42.56 | | 10013-000 |
| 1068 | 11/17/2014 | 119353 | STERITECH GROUP INC | 159.00 | | 10013-000 |
| 1069 | 11/17/2014 | 119321 | STRAND POOL SUPPLY LLP | 506.68 | | 10013-000 |
| 1070 | 11/17/2014 | 130810 | THAMARUS, PAUL | 104.16 | | 10013-000 |
| 1071 | 11/17/2014 | 120074 | TOPP BUSINESS SOLUTIONS | 318.30 | | 10013-000 |
| 1072 | 11/17/2014 | 120026 | TUNNESSEN'S INC. | 295.70 | | 10013-000 |
| 1073 | 11/17/2014 | 108015 | HAB-LST | 2,362.00 | | 10013-000 |
| 1074 | 11/17/2014 | 119101 | SIMPLEX GRINNELL | 1,558.99 | | 10013-000 |
| 1075 | 11/17/2014 | 121054 | ULINE | 1,076.75 | | 10013-000 |
| 1076 | 11/17/2014 | 121051 | UNITED RENTALS (NA) INC | 1,260.04 | | 10013-000 |
| 1077 | 11/17/2014 | 122105 | VENTIMIGLIA, ELAINE | 33.30 | | 10013-000 |
| 1078 | 11/17/2014 | 123210 | WASTE MANAGEMENT | 722.88 | | 10013-000 |
| 1079 | 11/17/2014 | 123244 | WILK-AM | 600.00 | | 10013-000 |
| 1080 | 11/17/2014 | 123032 | WKRZ-FM | 1,900.00 | | 10013-000 |
| 1081 | 11/17/2014 | 123217 | WW MARKETING LLC | 46.44 | | 10013-000 |
| 1082 | 11/17/2014 | 124002 | XPEDX | 1,470.46 | | 10013-000 |
| 1083 | 11/17/2014 | 125119 | YOUNG, STEVE | 29.68 | | 10013-000 |
| 1084 | 11/17/2014 | 126019 | ZURLA, VALERIO | 110.88 | | 10013-000 |
| 1087 | 11/18/2014 | 106006 | FRIEDMAN ELECTRIC SUPPLY | 291.42 | | 10013-000 |
| 1090 | 11/18/2014 | 119006 | SPLIT ROCK COUNTRY CLUB | 1,447.07 | | 10013-000 |
| 1091 | 11/18/2014 | 121059 | USFI | 142.27 | | 10013-000 |
| 1092 | 11/18/2014 | 107200 | GEORGE, RYAN | 100.80 | | 10013-000 |
| 1093 | 41961 | 113330 | MEHLIG, DAVID | 20.16 | | 10013-000 |
| 1094 | 41961 | 107193 | ROPA ASSOCIATES LLC | 19,810.58 | | 10013-000 |
| 1095 | 41961 | 112167 | LUCHOWSKI, ANIA | 804.97 | | 10013-000 |
| 1096 | 41973 | 101197 | AFLAC | 800.77 | | 10013-000 |
| 1097 | 41973 | 103185 | CARBON COUNTY | 11.75 | | 10013-000 |
| 1098 | 41973 | 103391 | COMBINED INSURANCE CO | 3,173.40 | | 10013-000 |
| 1099 | 41973 | 109043 | IQWARE | 400.00 | | 10013-000 |
| 1100 | 41973 | 114134 | NORTHEASTERN SECURITY SYS | 776.60 | | 10013-000 |
| 1101 | 41973 | 107193 | ROPA ASSOCIATES LLC | 1,000.00 | | 10013-000 |
| 1102 | 41973 | 119350 | SPI | 102.82 | | 10013-000 |
| 1103 | 41973 | 119136 | STANLEY STEEMER OF NE PA | 1,941.49 | | 10013-000 |
| 1104 | 41973 | 120171 | TRAVELCLICK INC | 5,202.49 | | 10013-000 |
| 1105 | 41973 | 123005 | WORKSITE SOLUTIONS | 782.36 | | 10013-000 |
| 1106 | 41973 | 126024 | ZEE MEDICAL SERVICE CO#52 | 252.43 | | 10013-000 |
| 12282 | 11/1/2014 | 115021 | O'LEAR, THOMAS | 300.00 | | 10011-000 |
| 12283 | 11/1/2014 | 115061 | OMNITIAL | 500.00 | | 10011-000 |
| 12284 | 11/1/2014 | 123221 | WHITMORE, BRAD | 300.00 | | 10011-000 |
| 12285 | 11/1/2014 | 123232 | WESTERN, HARRY | 100.00 | | 10011-000 |
| US0168 | 11/5/2014 | 121004 | US FOODSERVICE INC | 972.61 | | 10011-000 |
| US0169 | 11/6/2014 | 121004 | US FOODSERVICE INC | 2,928.55 | | 10011-000 |
| SYS151 | 11/7/2014 | 119010 | SYSCO F.S.OF CENTRAL PA | 3,587.69 | | 10011-000 |
| US0170 | 11/13/2014 | 121004 | US FOODSERVICE INC | 937.08 | | 10011-000 |
| US0171 | 11/14/2014 | 121004 | US FOODSERVICE INC | 731.25 | | 10011-000 |
| US0172 | 11/20/2014 | 121004 | US FOODSERVICE INC | 4,441.55 | | 10011-000 |

# ROPA Associates, LLC
## Check Register (Checks and EFTs of All Types)
Sorted by Bank Account, then by Check Number
(Report period: October 31, 2014 to December 11, 2014)

| Check Number | Date | Vendor Number | Payable To | Amount | Void / Stop | Bank Account |
|---|---|---|---|---|---|---|
| OCTSTX | 11/7/2014 | 116021 | PA DEPARTMENT OF REVENUE | 18,157.36 | | 10027-000 |
| | | | Checks Written | 141,269.00 | | |
| | | | Voids & Stop Payments | - | | |
| | | | Total Checks Cashed & Outstanding | 141,269.00 | | |